UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - v -

Carlton Sanderlin,

12 CR 863-22 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The conference scheduled for July 14, 2020 is adjourned to September 29, 2020 at 11:00 a.m.

*[signature]*

LORETTA A. PRESKA
Senior United States District Judge

Dated: July 31, 2020
New York, New York